UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| KING DAVID COOPER, III, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CV425-235 |
| | ) |
| CHATHAM COUNTY | ) |
| DETENTION CENTER, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## ORDER

The Court previously dismissed *pro se* plaintiff King David Cooper, III's 42 U.S.C. § 1983 Complaint.  *See* doc. 10.  Judgment has been entered.  Doc. 12.  He has now submitted a somewhat ambiguous document seeking "assistance on getting camera footage of me on May 29, 2025 printed out forms of the requests and grievance and medical records."  Doc. 13 at 1.  That document was not signed and the Clerk notified King of the deficiency.  *See* doc. 15.  Since the document does not present any cognizable request for relief and this case stands closed, the

1

request is both frivolous and moot. It is, therefore, **DISMISSED**. Doc. 13. This case stands **CLOSED**.

    **SO ORDERED**, this 12th day of November, 2025.

                                          _____
                                          CHRISTOPHER L. RAY
                                          UNITED STATES MAGISTRATE JUDGE
                                          SOUTHERN DISTRICT OF GEORGIA